JOHN P. JONES, Respondent, v. THE CITY OF NEW YORK, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.,
Dowling, Smith, Page and Shearn, JJ.

WILLIAM F. LINDSAY, as Administrator, etc., Appellant, v. PEET AND
POWERS, Respondent.— Judgment affirmed, with costs. No opinion.
Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WALTER D. STRAUSS, Appellant, v. RICHARD E. ENRIGHT, as Police
Commissioner of the City of New York, and Another, Respondents.—
Judgment and order affirmed, with costs. No opinion. Present — Clarke,
P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM FITZGERALD, Respondent, v. THE CENTRAL RAILROAD COM-
PANY OF NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and
disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page,
Shearn and Merrell, JJ.; Clarke, P. J., dissented.

CATHERINE HALLIGAN, as Administratrix, etc., Respondent, v. THE
CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order affirmed,
with ten dollars costs and disbursements. No opinion. Present — Clarke,
P. J., Laughlin, Page, Shearn and Merrell, JJ.; Clarke, P. J., dissented.

HAROLD H. HERTS, Respondent, v. WILLIAM W. DAVIS, Appellant.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judg-
ment in Favor of HAROLD H. HERTS, Appellant, v. WILLIAM W. DAVIS,
Defendant. HANS O. SCHUNDLER, Respondent.— Order affirmed, with ten
dollars costs and disbursements. No opinion. Present — Clarke, P. J.,
Laughlin, Page, Shearn and Merrell, JJ.

SOLOMON FLAUM, Respondent, v. UNITED STATES CASUALTY COMPANY,
Appellant.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HENRY L. KETCHAM, Respondent, v. AMERICAN BUREAU OF FOREIGN
TRADE, INC., Appellant.— Order affirmed, with ten dollars costs and dis-
bursements; the date for the examination to proceed to be fixed in the
order. No opinion. Order to be settled on notice. Present — Clarke,
P. J., Laughlin, Page, Shearn and Merrell, JJ.

BOWRING & COMPANY, Respondent, v. WILLIAM GILLESPIE and Others,
Copartners, etc., Appellants, Impleaded with Others.— Order affirmed, with
ten dollars costs and disbursements. No opinion. Present — Clarke, P. J.,
Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. DAVIDSON,
Appellant, v. THOMAS J. BRENNAN, Respondent.— Order affirmed, with
ten dollars costs and disbursements, without prejudice to a renewal of the
application on proper papers, on the ground that it is not affirmatively shown
that the alleged by-laws were duly adopted by the stockholders. Present —
Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ALEXANDER S. KORN, Respondent, v. SOLOMON H. FURGATCH, Appellant.
— Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.